# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### 120 - 12TH STREET
### POST OFFICE BOX 2017
### COLUMBUS, GEORGIA 31902

CHAMBERS OF
CLAY D. LAND
JUDGE

AREA CODE 706
TEL: 649-7812
FAX: 649-7813

August 16, 2004

FINANCIAL DISCLOSURE OFFICE

RECEIVED Aug 23 10 39 AM '04

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Honorable Mary M. Lisi
Chair, Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

> Re: Judge Clay D. Land
> May 15, 2004 Financial Disclosure Report Amendment

Dear Judge Lisi:

In response to your letter dated August 2, 2004, pointing out certain deficiencies in my above referenced report, please accept the following amendments to that report:

1. Part VII, Page 2, Line 22
   (Sales of SYNOVUS FINANCIAL stock)

   | DATE | VALUE | GAIN |
   |------|-------|------|
   | 06/02/03 | L | F |
   | 08/20/03 | K | D |
   | 09/19/03 | K | D |
   | 10/07/03 | J | A |

2. Part VII, Page 2, Line 28
   (Sales of TSYS common stock)

   | DATE | VALUE | GAIN |
   |------|-------|------|
   | 06/02/03 | K | E |
   | 06/18/03 | K | E |

3.  Part VII, Page 2, Line 35
    (Purchases of S&P SPYDER common stock)

| DATE | VALUE |
|------|-------|
| 01/03/03 | K |
| 06/26/03 | K |
| 09/25/03 | L |

4.  Part VII, Page 2, Line 31, Column C(2)

    The Value Method Code should be "R"

5.  MIRANT COMMON STOCK AND WORLDCOM COMMON STOCK

    The Mirant and Worldcom stocks were not listed on the recent report because neither had a value of greater than $1,000 and no transaction occurred in excess of $1,000. If the stock still needs to be listed with this de minimis value, then the amended report should reflect that each of these stocks is presently owned with a value of less than $1,000 (Value Code "J").

    If any additional information is needed, please do not hesitate to contact me.

                    Sincerely,



                    Clay D_____d
                         Judge

CDL:ps

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LAND, CLAY D | 2. Court or Organization<br><br>GEORGIA-MIDDLE DISTRICT | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE – Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. BOX 2071<br>COLUMBUS, GA<br>31902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED   May 25   11 28 AM '04

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LAND, CLAY D | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CB&T BANK (CHECKING) | A | Interest | J | T | | | | | |
| 2. CB&T (MONEY MARKET) | B | Interest | M | T | | | | | |
| 3. CB&T (CDS) | B | Interest | | | CLOSED | | | | |
| 4. CB&T (CASH EQUIVALENTS) | A | Interest | M | T | | | | | |
| 5. SMITH BARNEY (MONEY MARKET) | E | Dividend | O | T | | | | | |
| 6. SYNOVUS SECURITIES (MONEY MARKET) | B | Dividend | K | T | | | | | |
| 7. MORGAN KEEGAN (CASH) | A | Interest | L | T | | | | | |
| 8. TIME WARNER, INC. (FORMERLY KNOWN AS AOL TIME WARNER) | | None | J | T | | | | | |
| 9. CITIGROUP COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. CISCO COMMON STOCK | | None | J | T | | | | | |
| 11. COUSINS PROP COMMON STOCK | B | Dividend | K | T | | | | | |
| 12. DELPHI AUTOMOTIVE COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. EDS COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. GILLETTE COMMON STOCK | A | Dividend | J | T | BUY | 01/22 | J | | |
| 15. INTEL COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. JAPANESE EQUITY FUND | | None | J | T | | | | | |
| 17. COCA-COLA COMMON STOCK | A | Dividend | L | T | | | | | |
| 18. LUCENT COMMON STOCK | A | Dividend | J | T | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | MUNDER NET FUND | | None | J | T | | | | | |
| 20. | MICROSOFT COMMON STOCK | A | Dividend | K | T | | | | | |
| 21. | AVAYA, INC (X) | | None | J | T | | | | | |
| 22. | SYNOVUS FIN COMMON STOCK | C | Dividend | | | SELL | VAR | M | F | |
| 23. | SYNOVUS FIN COMMON STOCK | | None | | | DONATE D | | | | |
| 24. | SUNTRUST BANK COMMON STOCK | A | Dividend | L | T | | | | | |
| 25. | SOUTHERN CO COMMON STOCK | C | Dividend | M | T | | | | | |
| 26. | AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. | AT&T WIRELESS SERVICES | A | Dividend | J | T | | | | | |
| 28. | TSYS COMMON STOCK | A | Dividend | | | SELL | VAR | L | E | |
| 29. | UPS COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. | VISTEON COMMON STOVK | A | Dividend | J | T | | | | | |
| 31. | RENTAL PROPERTY, COLUMBUS, GA | C | Rent | M | T | | | | | |
| 32. | TRAVELERS PPTY CORP COMMON STOCK | | None | J | T | | | | | |
| 33. | COMCAST CORP COMMON STOCK | | None | J | T | | | | | |
| 34. | NASDAQ ▓▓▓▓ | | None | J | T | | | | | |
| 35. | S & P SPYDER COMMON STOCK | | None | M | T | BUY | VAR | M | | |
| 36. | HEWLETT-PACKARD CO | | None | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. WALT DISNEY CO | | None | K | T | BUY | 01/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000.001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250.000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LAND, CLAY D | 5/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. SECTION VII - SINCE MY RETIREMENT ACCOUNTS ARE SELF DIRECTED IRA'S, I DID NOT LIST THEM IN AGGREGATE IN THE INVESTMENTS/ TRUST SECTION; BUT INSTEAD, THE INDIVIDUAL ASSSETS CONTAINED IN THE IRA'S (CASH EQUIVALTENTS AND STOCK) ARE INCLUDED IN THE INDIVIDUAL LISTINGS OF CASH EQUIVALENTS AND STOCKS IN THE INVESTMENT/TRUST SECTION.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████                     Date  MAY 11, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544